THE STATE OF OHIO, APPELLEE, *v.* COOEY, APPELLANT.

[Cite as *State v. Cooey* (1995), 73 Ohio St.3d 411.]

(No. 95–435—Submitted June 21, 1995—Decided August 30, 1995.)

412

*Maureen O'Connor,* Summit County Prosecuting Attorney, and *William D. Wellemeyer,* Assistant Prosecuting Attorney, for appellee.

*David H. Bodiker,* Ohio Public Defender, *Cynthia A. Yost* and *William S. Lazarow,* Assistant Public Defenders, for appellant.

---

*Per Curiam.* Appellant has failed to show good cause for the untimely filing of his application to reopen. See *State v. Reddick* (1995), 72 Ohio St.3d 88, 647 N.E.2d 784. We therefore affirm the judgment of the court of appeals.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., not participating.